# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00288-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MICHAEL LEE MONTOYA,

    Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Second Motion to Disclose Grand Jury Transcript To Defendant Montoya (Doc. # 50), it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), a copy of the transcript of the testimony of FBI Special Agent John Wallace given before the grand jury on August 11, 2009 be disclosed to defense counsel for Defendant Michael Lee Montoya for preparation for trial.

IT IS FURTHER ORDERED that:

1. Any copy of said transcript shall be retained in the personal custody or office of defense counsel;

2. Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

3. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

4. Defense counsel provide Defendant Montoya with reasonable access to the grand jury materials, but that defense counsel not allow Defendant to retain copies of any grand jury materials;

5. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

6. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the Government within ten days.

DATED: August  25 , 2009

BY THE COURT:

*Christine M. Arguello*

———————————————
CHRISTINE M. ARGUELLO
United States District Judge