**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cr-00288-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MICHAEL LEE MONTOYA,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS**

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED: September  3 , 2009

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge