**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00288-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MICHAEL LEE MONTOYA,

    Defendant.
_____

**ORDER DIRECT COUNSEL TO CONTACT THE COURT TO RESET SENTENCING**
_____

    This matter comes before the Court *sua sponte*. On October 7, 2009, this Court received a Memorandum from U.S. Probation Officer Michelle Means requesting additional time to prepare a complete and accurate presentence investigation report on behalf of Defendant Michael Lee Montoya. The Court

    FINDS there is good cause to reset the sentencing in this matter and, therefore,

    ORDERS counsel to initiate a conference call and contact this Court's Chambers at (303) 335-2175 to set a new Sentencing date.

    DATED: October 15, 2009.

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Judge