### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00288-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MICHAEL LEE MONTOYA,

    Defendants.

## MINUTE ORDER RESETTING SENTENCING

ENTERED BY CHRISTINE M. ARGUELLO

    Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Court's Order (Doc. # 61) the Sentencing Hearing currently set for November 16, 2009, at 8:30 a.m., is reset to for a two-hour Sentencing Hearing on **December 3, 2009, at 3:00 p.m.**

    DATED: October 16, 2009.