**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01850-CMA
(Criminal Action No. 09-cr-00288-CMA-02)

UNITED STATES OF AMERICA,

v.

**2.   MICHAEL LEE MONTOYA,**

Defendant.

**ORDER FOR GOVERNMENT TO ANSWER**

After preliminary consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. # 97), it is now

ORDERED that the United States Attorney, **on or before August 20, 2012**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED:  July   20  , 2012

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge